IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02097-AP

CHARLES CRUZ,

    Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.    APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:
Joseph A. Whitcomb, Esq
Rocky Mountain Disability Law Group
1391 Speer Blvd., Suite 705
Denver, CO  80204
303-534-1954
303-534-1949 (facsimile)
Joe@rmdlg.com

<u>For Defendant</u>:
John F. Walsh
United States Attorney

J. Benedict García
Assistant United States Attorney
United States Attorney's Office
J.B.Garcia@usdoj.gov

Allan D. Berger
Special Assistant United States Attorney
Social Security Administration, Region VIII
Office of the General Counsel
1961 Stout Street, Suite 4169
Denver, CO  80294
303-844-2149
303-844-0770 (facsimile)
Allan.berger@ssa.gov

**2.   STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.   DATES OF FILING OF RELEVANT PLEADINGS**

    **A.   Date Complaint Was Filed:  August 6, 2013**

    **B.   Date Complaint Was Served on U.S. Attorney's Office: August 9, 2013**

    **C.   Date Answer and Administrative Record Were Filed: January 29, 2014**

**4.   STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of his knowledge, Plaintiff states that the record is complete and accurate.

To the best of his knowledge, Defendant states that the record is complete and accurate.

**5.   STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.   STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**7.   OTHER MATTERS**

The parties state that there are no other matters.

**8.   BRIEFING SCHEDULE**

    **A.   Plaintiff's Opening Brief Due:  April 7, 2014**

    **B.   Defendant's Response Brief Due:  May 7, 2014**

    **C.**    **Plaintiff's Reply Brief (If Any) Due: May 21, 2014**

**9.**    **STATEMENTS REGARDING ORAL ARGUMENT**

    **A.**    **Plaintiff's Statement: Plaintiff does not request oral argument.**

    **B.**    **Defendant's Statement: Defendant does not request oral argument.**

**10.**    **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    **A.**    **( )**    **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **B.**    **( X )**    **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.**    **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S</u> <u>CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this <u>18th</u> day of February, 2014.

                                                          BY THE COURT:

                                                          *s/John L. Kane*
                                                          U.S. DISTRICT COURT JUDGE

APPROVED:

s/ Joseph A. Whitcomb
402 W. 12th Street
Rocky Mountain Disability Law Group
1391 Speer Blvd., Suite 705
Denver, CO  80204
303-534-1954
303-534-1949 (facsimile)
Joe@rmdlg.com
Attorney for Plaintiff

UNITED STATES ATTORNEY

John F. Walsh
United States Attorney

By: s/Allan D. Berger
Special Assistant U.S. Attorney
Social Security Administration, Region VIII
Office of the General Counsel
1961 Stout Street, Suite 4169
Denver, CO  80294
303-844-2149
303-844-0770 (facsimile)
Allan.berger@ssa.gov
Attorneys for Defendant