IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 13-cv-02097-MSK

CHARLES CRUZ,

    Plaintiff,

v.

CAROLYN COLVIN, Acting Commissioner of the Social Security Administration,

    Defendant.

## ORDER

THIS MATTER comes before the Court on the parties' Motion for Order And Approving Stipulation of Award of Attorney Fees Under the Equal Access to Justice Act (Motion) **(#20)** filed April 3, 2015. Having reviewed the Motion,

IT IS ORDERED that the Motion is GRANTED. Defendant shall pay $3,342.50 of attorney fees to Plaintiff pursuant to the EAJA. It is further ordered that if, after receiving the Court's EAJA fee order, the Commissioner (1) determines upon effectuation of the Court's EAJA fee order that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, and (2) agrees to waive the requirements of the Anti-Assignment Act, the fees will be made payable to Plaintiff's attorney. However, if there is a debt owned under the Treasury Offset Program, the Commissioner cannot agree to waive the requirements of the Anti-Assignment Act, and the remaining EAJA fees after offset will be paid by a check made out to Plaintiff but delivered to Plaintiff's attorney.

DATED this 6th day of April, 2015.

BY THE COURT:

_____

Marcia S. Krieger
Chief United States District Judge